IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL ACTION NO. 10-0003 |
| JASON RIVERA | : | |
| Petitioner. | | |

**ORDER**

AND NOW, this 5th day of April, 2018, upon consideration of: Petitioner's Motion to Vacate and/or Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 93); Petitioner's Motion to Correct Clerical Error Pursuant to Rule 36 (ECF No. 96); Petitioner's Motions for Leave to Amend (ECF Nos. 103, 110); and all Responses and Replies thereto, it is hereby ORDERED as follows:

(1) Petitioner's Motions are DENIED in accordance with this Court's accompanying Memorandum;

(2) A Certificate of Appealability shall NOT ISSUE; and,

(3) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.